IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PHYLLIS MARIE KNIGHT,

    Plaintiff,

vs.

ENTERPRISE BANK, N.A., CENTRIS FEDERAL CREDIT UNION, FIRST NATIONAL BANK OF OMAHA, IONTACH INVESTMENTS, LLC, and STINSON LLP,

    Defendants.

8:23CV11

**MEMORANDUM AND ORDER**

Plaintiff Phyllis Marie Knight, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted, and the Complaint shall be filed without payment of fees.

2. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this review in its normal course of business and in conjunction with its disposition of Defendant First National Bank of Omaha's Motion to Dismiss, Filing No. 5, filed on February 6, 2023. Plaintiff is further advised that her deadline for filing a brief in opposition to Defendant's motion is February 27, 2023. *See* NECivR 7.1(b)(1)(B).

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 27, 2023**: deadline for Plaintiff's brief in opposition to motion to dismiss.

Dated this 9th day of February, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge